IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KT IMAGING USA, LLC, <br><br> Plaintiff, <br><br> v. <br><br> AXIS COMMUNICATIONS AB AND AXIS COMMUNICATIONS, INC., <br><br> Defendants. | Civil Action No.: 1:22-cv-8240-JPO |

### NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(A)(1)(A)(I)

Plaintiff KT Imaging USA, LLC hereby files this Notice of Voluntary Dismissal with Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).  According to Rule 41(a)(1)(A)(i), an action may be dismissed by the plaintiff without order of court by filing a notice of dismissal at any time before service by the adverse party of an answer.  Accordingly, Plaintiff voluntarily dismisses this action against Defendants Axis Communications AB and AXIS Communications, Inc. with prejudice pursuant to Rule 41(a)(1).

Dated: October 3, 2022                                  Respectfully Submitted,

By: /s/ *Dmitry Kheyfits*
Dmitry Kheyfits
dkheyfits@kblit.com
New York State Bar No. 4743795
**KHEYFITS BELENKY LLP**
108 Wild Basin Road, Suite 250
Austin, TX 78746
Tel: 737-228-1838
Fax: 737-228-1843

1

2

        Andrey Belenky
        New York State Bar No. 4524898
        abelenky@kblit.com
        Hanna G. Cohen
        hgcohen@kblit.com
        New York State Bar No. 4471421
        **KHEYFITS BELENKY LLP**
        80 Broad Street, 5th Floor
        New York, New York 10004
        Tel. (212) 203-5399
        Fax. (212) 203-6445

        *Attorneys for Plaintiff*
        *KT Imaging USA, LLC*

3

## CERTIFICATE OF SERVICE

    I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document and all accompanying documents via the Court's CM/ECF system on October 3, 2022.

                                                  /s/ Dmitry Kheyfits
                                                    Dmitry Kheyfits